```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00430
    ERICA MCINTOSH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4866

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/10/2007 and was confirmed 07/16/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 12/07/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG        .00            .00            .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE        .00            .00            .00
DAIMLER CHRYSLER         SECURED VEHIC        .00            .00            .00
DAIMLER CHRYSLER         UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        1680.30           .00          21.09
ECAST SETTLEMENT CORP    UNSECURED        5828.32           .00          73.15
TSYS TOTAL DEBT MANAGEME UNSECURED         670.79           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         158.68           .00            .00
CROSS COUNTRY BANK       UNSECURED      NOT FILED           .00            .00
DELL FINANCIAL SERVICES  FILED LATE         64.20           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         303.19           .00            .00
ECAST SETTLEMENT CORP    UNSECURED       11954.31           .00         150.04
ECAST SETTLEMENT CORP    UNSECURED       10833.31           .00         135.97
NELNET LOAN SERVICES INC NOTICE ONLY    NOT FILED           .00            .00
NELNET LOAN SERVICES INC NOTICE ONLY    NOT FILED           .00            .00
SAMS CLUB                UNSECURED      NOT FILED           .00            .00
WFFINANCIAL              UNSECURED        1014.03           .00            .00
B-LINE LLC               UNSECURED        1456.86           .00          18.28
ISAC                     UNSECURED      102091.11           .00        1281.39
ECAST SETTLEMENT CORP    UNSECURED         178.21           .00            .00
DELL FINANCIAL SERVICES  SECURED NOT I    200.00            .00            .00
GLEASON & GLEASON LLC    DEBTOR ATTY     2,000.00                     2,000.00
TOM VAUGHN               TRUSTEE                                        272.74
DEBTOR REFUND            REFUND                                          31.34

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,984.00

PRIORITY                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00430 ERICA MCINTOSH
```

```
SECURED                                                              .00
UNSECURED                                                       1,679.92
ADMINISTRATIVE                                                  2,000.00
TRUSTEE COMPENSATION                                              272.74
DEBTOR REFUND                                                      31.34
                                       ----------------   ----------------
TOTALS                                        3,984.00           3,984.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
    CASE NO. 07 B 00430 ERICA MCINTOSH